1  FISHER & PHILLIPS LLP
   MARK J. RICCIARDI, ESQ.
2  Nevada Bar No. 3141
   ALLISON L. KHEEL, ESQ.
3  Nevada Bar No. 12986
4  300 S. Fourth Street
   Suite 1500
5  Las Vegas, NV  89101
   Telephone:  (702) 862-3817
6  Facsimile:   (702) 252-7411
7  E-Mail Address:  akheel@fisherphillips.com
   Attorneys for Defendant

8

## UNITED STATES DISTRICT COURT

9

## DISTRICT OF NEVADA

10

11  KEVIN ZIMMERMAN, an Individual,      )   Case No. 2:17-cv-00835-GMN-GWF
                                         )
12              Plaintiff,               )   **STIPULATION AND ORDER**
                                         )   **EXTENDING TIME FOR**
13       vs.                             )   **DEFENDANT TO ANSWER OR**
                                         )   **OTHERWISE RESPOND TO**
14  TERRIBLE HERBST, INC.,               )   **COMPLAINT**
                                         )
15              Defendant.               )
    ——————————————————————————————       )
16

17

18       IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of

19  record that Defendant shall have an extension of time up to and including May 26,

20  2017, to respond to the Complaint on file herein. Defense counsel has just recently been

21  retained and needs further time to review and evaluate the case. This is the first request

22  / / /

23  / / /

24

25  / / /

26  / / /

27

28  / / /

FPDOCS 32845899.1

- 1 -

*(left margin vertical text)* FISHER & PHILLIPS LLP  300 South Fourth Street, Suite 1500  Las Vegas, Nevada 89101

1  for an extension of time to respond to the Complaint.

2  DATED this 27th day of April, 2017          DATED this 27th day of April, 2017

3  FISHER & PHILLIPS LLP                       THE WILCHER FIRM

4  By: */s/Allison L. Kheel, Esq.*             By: */s/Whitney C. Wilcher, Esq.*

5  Mark J. Ricciardi, Esq.                     Whitney C. Wilcher, Esq.
   Allison L. Kheel, Esq.                      8465 West Sahara Ave.

6  300 S. Fourth Street                        Suite 111-236
   Suite 1500                                  Las Vegas, NV 89117

7  Las Vegas, Nevada  89101                    Attorneys for Plaintiff
   Attorneys for Defendant

8

9                                              IT IS SO ORDERED:

10

11                                             _____
                                               UNITED STATES MAGISTRATE JUDGE

12                                             Dated: __April 28, 2017_____

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**FISHER & PHILLIPS LLP**
300 South Fourth Street, Suite 1500
Las Vegas, Nevada  89101

- 2 -

FPDOCS 32845899.1